United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Timothy F. Lewis, Sr.                                               Case No. 16-14690-mdc
Anna Marie Lewis                                                    Chapter 13
            Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2              User: JeanetteG           Page 1 of 1            Date Rcvd: Apr 05, 2017
                                 Form ID: 155               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2017.
db/jdb          +Timothy F. Lewis, Sr.,   Anna Marie Lewis,   604 Glencroft Circle,   Folcroft, PA 19032-1408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2017 at the address(es) listed below:
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          STANLEY E. LUONGO, JR.   on behalf of Joint Debtor Anna Marie Lewis
           stan.luongo@luongobellwoar.com,   nicole.werner@luongobellwoar.com
          STANLEY E. LUONGO, JR.   on behalf of Debtor Timothy F. Lewis, Sr. stan.luongo@luongobellwoar.com,
           nicole.werner@luongobellwoar.com
          THOMAS I. PULEO   on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@phl3trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Timothy F. Lewis, Sr. and Anna Marie
Lewis

          Debtor(s)                                       Chapter: 13

                                                    Bankruptcy No: 16−14690−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 30, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Magdeline D. Coleman
                                        Judge ,
                                        United States Bankruptcy Court