# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Timothy F. Lewis, Sr.<br>　　　　Anna Marie Lewis<br>　　　　　　　　　　Debtors | CHAPTER 13 |
| PNC Bank, National Association<br>　　　　　　　　　Movant<br>　　　vs.<br>Timothy F. Lewis, Sr.<br>Anna Marie Lewis<br>　　　　　　　　　Debtors | NO. 16-14690 MDC |
| William C. Miller, Esq.<br>　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion of PNC Bank, National Association for Relief from the Automatic Stay Under Section 362, which was filed with the Court on or about November 17, 2017 (Document No. 39).

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**/s/ Matteo S. Weiner, Esquire**
　　　　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　Attorneys for Movant

Dated: December 26, 2017