Fill in this information to identify the case:

Debtor 1     Timothy Lewis
Debtor 2     _____ (Spouse, if filing)
Debtor 3

United States Bankruptcy Court for the: Eastern District of Pennsylvania
                                                                (State)

Case number   16-14690

Official Form 410S1

# Notice of Mortgage Payment Change                                                12/15

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to 11. U.S.C. § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: PNC Bank National Association         Court claim no. (if known): NA

Last 4 digits of any number you use to
identify the debtor's account:       4   1   3   9        Date of payment change:
                                                          Must be at least 21 days after date
                                                          of this notice.                         07 /01 /2018

                                                          New total payment:
                                                          Principal, interest, and escrow, if any  $ 1,008.09

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why_____

   Current escrow payment:   $470.13      New escrow payment:         $ 451.19

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %         New interest rate: _____ %

   Current principal and interest payment: $_____   New principal and interest payment: $_____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $_____         New mortgage payment: $_____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

_Inessa Polinkovsky_  Date 5/16/2018
Signature

Print:  Inessa           Polinkovsky       Title  Default Support Specialist
        First Name   Middle Name   Last Name

Company  PNC Mortgage, a division of PNC Bank, NA

Address  3232 Newmark Drive
         Number         Street

         Miamisburg              OH       45342
         City                    State    ZIP Code

Contact phone ( 866 ) 754 - 0659   Email Bankruptcy@pncmortgage.com

**PNC BANK**
P.O. Box 1820
Dayton, Ohio 45401-0621
Website: pnc.com/homehq
Customer Service 1-800-822-5626

ESCROW ACCOUNT
DISCLOSURE STATEMENT
LOAN NUMBER: ▆▆▆▆▆▆▆
DATE:    April 26, 2018

PROPERTY ADDRESS:
604 GLENCROFT CIR
FOLCROFT, PA 19032

TIMOTHY LEWIS
604 GLENCROFT CIR
FOLCROFT PA 19032-1408

### CURRENT MONTHLY MORTGAGE PAYMENT
| | |
|---|---|
| Principal & Interest | 556.90 |
| Escrow | 433.64 |
| Prorated Escrow Shortage | 36.49 |
| **Total Payment** | **1,027.03** |

### NEW PAYMENT INFORMATION
| | |
|---|---|
| Principal & Interest | 556.90 |
| Escrow | 439.37 |
| Prorated Escrow Shortage | 11.82 |
| **Total Payment** | **1,008.09** |
| **New Payment Effective Date** | **07/01/18** |

### COMING YEAR ESCROW PROJECTION

This statement provides a detailed summary of activity related to your escrow account. PNC Bank maintains your escrow account to pay such items as property taxes, insurance premiums, and mortgage insurance.

This section lists a 12-month running escrow balance to determine the appropriate target balance and to determine if a shortage or surplus exists. This is a projection of the anticipated activity in your escrow account for the coming 12 months.

| ANTICIPATED ESCROW DISBURSEMENT | | MONTH | PAYMENTS TO ESCROW | DESCRIPTION | PAYMENTS FROM ESCROW | CUR BAL PROJECTION | REQ BAL PROJECTION |
|---|---|---|---|---|---|---|---|
| HAZARD INS | $1,158.00 | | | BEGINNING BALANCE | | 3,598.15 | 3,850.56 |
| TAXES | $2,692.56 | July | 439.37 | HAZARD INS | 1,158.00 | 2,879.52 | 3,131.93 |
| COUNTY TAX | $412.25 | August | 439.37 | SCHOOL TAX | 2,692.56 | 626.33 * | 876.74 ** |
| CITY TAX | $1,009.65 | September | 439.37 | | | 1,065.70 | 1,318.11 |
| | | October | 439.37 | | | 1,505.07 | 1,757.48 |
| | | November | 439.37 | | | 1,944.44 | 2,196.85 |
| | | December | 439.37 | | | 2,383.81 | 2,636.22 |
| TOTAL DISBURSEMENTS | $5,272.46 | January | 439.37 | | | 2,823.18 | 3,075.59 |
| | | February | 439.37 | | | 3,262.55 | 3,514.96 |
| DIVIDED BY 12 MONTHS | | March | 439.37 | COUNTY TAX | 412.25 | 3,289.67 | 3,542.08 |
| | | March | | CITY TAX | 1,009.65 | 2,280.02 | 2,532.43 |
| MONTHLY ESCROW DEPOSIT | $439.37 | April | 439.37 | | | 2,719.39 | 2,971.80 |
| | | May | 439.37 | | | 3,158.76 | 3,411.17 |
| CALCULATION OF ESCROW ADJUSTMENT | | June | 439.37 | | | 3,598.13 | 3,850.54 |

| | |
|---|---|
| BEGINNING PROJECTED BALANCE | $3,598.15 |
| BEGINNING REQUIRED BALANCE | $3,850.56 |
| ESCROW SHORTAGE | $141.78 |

* The projected escrow balance at the low point.
** The lowest balance the escrow account should attain during the projected period.

The required minimum balance allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless your mortgage document or state law specifies a lower amount.

**MORE INFORMATION ON REVERSE SIDE**

### IMPORTANT MESSAGES

Make your check, money order or cashier's check payable to PNC Bank. All Payments must be funds from a U.S. Bank Account and are subject to PNC's acceptance. **Do NOT send cash by mail.**

We understand that you have filed for bankruptcy and have not yet received a discharge. None of the information requested in this statement will be used for the collection of any debts or for purposes prohibited by the Bankruptcy Code or other applicable Federal or state law.

---

**PNC BANK**

INTERNET REPRINT
### ESCROW SHORTAGE COUPON

Customer Name: TIMOTHY LEWIS

PNC BANK
PO BOX 6534
CAROL STREAM IL 60197-6534

Account Number: ▆▆▆▆▆▆    Shortage Amount: $141.78

If you wish to pay the shortage amount in full, please mail a check for the shortage amount, along with this coupon, in the envelope provided. When paying your escrow shortage, please do not make your payment via electronic on-line banking, as it will not be applied directly to escrow. Payment should be remitted no later than 15 business days after receipt of this notification. Your new monthly mortgage payment will be reduced to $996.27 once you pay the shortage amount. **In order to avoid a delay in the processing of your payment, please DO NOT include your mortgage payment with the shortage payment.**

This is a copy of your escrow shortage coupon. If you cannot find your original statement, please contact Customer Service at 800-822-5626 to request a new statement or click the link above to pay your escrow shortage online. Please DO NOT print and mail a copy of this coupon with your payment, because it may cause a delay in the posting of your payment.

## ESCROW ACCOUNT DISCLOSURE STATEMENT

LOAN NUMBER: ███████████    DATE: April 26, 2018

Your projected escrow balance as of 06/30/18 is $3,598.15. Your required beginning escrow balance, according to this analysis, should be $3,850.56. This means you have a shortage of $141.78. We have divided the shortage interest-free, over 12 months. If you choose to pay the shortage in full, then your new monthly mortgage payment will be reduced to $996.27.

Once during this analysis period, your required escrow balance should be reduced to a target balance of $878.74, as it does in August. Under Federal law, your target balance should not exceed an amount equal to two months of escrow payments for taxes and insurance, unless your mortgage document or state law specifies a lower amount.

### Projected Activity from the Previous Analysis

This is a projection of the activity for your escrow account from the Previous Analysis. This projection was based on the disbursements anticipated to be made from your escrow account. Compare this projection to the actual escrow activity in the Account History (summarized below).

The escrow payment in this projection may not equal the escrow payment in the Account History if an adjustment was made to collect a shortage or refund a surplus.

Adjustments to the payment and differences between the anticipated and actual disbursements may prevent the actual balance from reaching the projected low escrow balance.

| Date  | Description       | Payments | Disbursements | Balance   |
|-------|-------------------|----------|---------------|-----------|
|       | BEGINNING BALANCE |          |               | 2,601.83  |
| 01/18 |                   | 433.64   |               | 3,035.47  |
| 02/18 |                   | 433.64   |               | 3,469.11  |
| 03/18 | COUNTY TAX        | 433.64   | 412.25        | 3,490.50  |
| 03/18 | CITY TAX          |          | 940.86        | 2,549.64  |
| 04/18 |                   | 433.64   |               | 2,983.28  |
| 05/18 |                   | 433.64   |               | 3,416.92  |
| 06/18 |                   | 433.64   |               | 3,850.56  |
| 07/18 | HAZARD INS        | 433.64   | 1,158.00      | 3,126.20  |
| 08/18 | SCHOOL TAX        | 433.64   | 2,692.56      | 867.28 ** |
| 09/18 |                   | 433.64   |               | 1,300.92  |
| 10/18 |                   | 433.64   |               | 1,734.56  |
| 11/18 |                   | 433.64   |               | 2,168.20  |
| 12/18 |                   | 433.64   |               | 2,601.84  |
| TOTAL |                   | 5,203.68 | 5,203.67      |           |

### Account History

This is a statement of actual escrow account activity from January 2018 through June 2018. Compare it to the Projected Activity from the Previous Analysis which appears above the Account History.

Your total mortgage payment during the past year was $1,027.03 of which $556.90 was your Principal and Interest payment and $433.64 was your escrow payment.

| Date  | Description       | Payments | Disbursements | Balance  |
|-------|-------------------|----------|---------------|----------|
|       | BEGINNING BALANCE |          |               | 2,053.31 |
| 01/18 |                   | 470.13   |               | 2,523.44 |
| 02/18 | COUNTY TAX        | 470.13   | 412.25 *      | 2,581.32 |
| 03/18 |                   | 470.13   | *             | 3,051.45 |
| 03/18 | CITY TAX          |          | 1,009.65 *    | 2,041.80 |
| 04/18 |                   | 616.09   |               | 2,657.89 |
| 05/18 |                   | 470.13 e |               | 3,128.02 |
| 06/18 |                   | 470.13 e |               | 3,598.15 |
| TOTAL |                   | 2,966.74 | 1,421.90      |          |

* Indicates a difference from projected activity either in the amount or the date.

** Required minimum escrow balance.

"e" Indicates estimates for future payments or disbursements.

If you have any questions about this analysis statement, please visit us at pnc.com/homehq to send us an email, write to us at PNC Bank: Attention: Customer Service Research: B6-YM07-01-7, PO Box 1820; Dayton, OH 45401 or call our Customer Service Department toll free number 1-800-822-5626.

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this May 16, 2018 a copy of the foregoing Notice of Mortgage Payment Change has been served upon the following parties in interest, via either electronic mail or first class mail postage prepaid:

*Trustee*
**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

**STANLEY E. LUONGO, JR.**
Luongo Bellwoar LLP
213-215 West Miner Street
West Chester, PA 19382

**Timothy F. Lewis, Sr.**
604 Glencroft Circle
Folcroft, PA 19032

/s/Inessa Polinkovsky Bankruptcy Specialist
PNC Mortgage
3232 Newmark Dr
Miamisburg OH 45342
(866) 754-0659
Fax: (937) 910-4905