United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 16-14690-mdc
Timothy F. Lewis, Sr.                                                    Chapter 13
Anna Marie Lewis
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 1            Date Rcvd: Apr 16, 2019
                            Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13830623        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2019 03:21:49
                WORLD'S FOREMOST BANK,   CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
                                                                                           TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2019 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              STANLEY E. LUONGO, JR.    on behalf of Joint Debtor Anna Marie Lewis
               stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor Timothy F. Lewis, Sr. stan.luongo@luongobellwoar.com,
               nicole.werner@luongobellwoar.com
              THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                           TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-14690-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Timothy F. Lewis, Sr.<br>604 Glencroft Circle<br>Folcroft PA 19032 | Anna Marie Lewis<br>604 Glencroft Circle<br>Folcroft PA 19032 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/12/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 | Capital One Bank (USA) N.A Cabelas Club Visa<br>By American Infosource as agent<br>4515 N Santa Fe Ave.<br>Oklahoma City, OK  73118 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/18/19

Tim McGrath
**CLERK OF THE COURT**