United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-14690-mdc |
| Timothy F. Lewis, Sr. | Chapter 13 |
| Anna Marie Lewis | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 14, 2020 | Form ID: 138NEW | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy F. Lewis, Sr., Anna Marie Lewis, 721 Johnson Drive, Ruskin, FL 33570-5513 |
| 13753478 | + | Bank of The West, P.O. Box 2634, Omaha, NE 68103-2634 |
| 13753480 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Sears, P.O. Box 183082, Columbus, OH 43218-3082 |
| 13753479 | + | PNC Mortgage, P.O. Box 8807, Dayton, OH 45401-8807 |
| 13753484 | + | United Healthcare, P.O. Box 30573, Salt Lake City, UT 84130-0573 |
| 13753485 | + | Wells Fargo, 800 Walnut Street, Des Moines, IA 50309-3891 |
| 13773475 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 15 2020 03:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 15 2020 03:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 15 2020 03:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2020 04:07:25 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13781013 | + | Email/Text: bknotices@bankofthewest.com | Dec 15 2020 03:45:32 | Bank of the West, 2527 Camino Ramon, San Ramon CA 94583-4213 |
| 14306859 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 15 2020 04:03:12 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 13830617 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2020 04:11:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13786822 | | Email/PDF: rmscedi@recoverycorp.com | Dec 15 2020 04:07:29 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13753481 | + | Email/Text: bankruptcy@bbandt.com | Dec 15 2020 03:44:00 | Sheffield Financial, 6010 Golding Center Drive, Winston Salem, NC 27103-9815 |
| 13753482 | + | Email/Text: BANKRUPTCYNOTICE@CSCINFO.COM | Dec 15 2020 03:44:00 | The Company Corporation, 2711 Centerville Road, Wilmington, DE 19808-1660 |
| 13753483 | + | Email/Text: dbogucki@trumark.org | Dec 15 2020 03:45:00 | Trumark Financial, 335 Commerce Drive, P.O. Box 8127, Fort Washington, PA 19034-8127 |

Case 16-14690-mdc   Doc 58   Filed 12/16/20   Entered 12/17/20 01:16:23   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 14, 2020 | Form ID: 138NEW | Total Noticed: 19 |

| 13830623 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
|---|---|---|---|
| | | Dec 15 2020 04:07:26 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2020          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSHUA I. GOLDMAN | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| STANLEY E. LUONGO, JR. | on behalf of Joint Debtor Anna Marie Lewis stan.luongo@luongobellwoar.com  nicole.werner@luongobellwoar.com |
| STANLEY E. LUONGO, JR. | on behalf of Debtor Timothy F. Lewis  Sr. stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com |
| THOMAS I. PULEO | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Timothy F. Lewis, Sr. and Anna Marie Lewis

       Debtor(s)                                              Bankruptcy No: 16−14690−mdc

                                                                   Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                            Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                            For The Court
                                                                         Timothy B. McGrath
                                                                         Clerk of Court

Dated: 12/14/20

                                                                                                                        54 − 53
                                                                                                                    Form 138_new